# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MCALLISTER,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>　　　　　　　　　　　Defendants.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　　Third-Party Plaintiff,<br>v.<br>SHANGHAI HIGHWAY, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, et al.<br>　　　　　　　　Third-Party Defendants. | Case No.: 3:19-cv-1490-MMA (KSC)<br><br>**ORDER FOR ABEYANCE OF ARREST**<br><br>[Doc. No. 10] |

Based upon the application of plaintiff United States of America for abeyance of execution of the Warrant of Arrest by the Marshal upon the defendant vessel SHANGHAI HIGHWAY, *in rem*, the Court **ORDERS** that, in accordance with Rule E(3)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, execution

of the Warrant of Arrest by the Marshal upon the defendant Vessel shall be held in abeyance pending further application of the United States for execution of the Warrant.

**IT IS SO ORDERED**.

Dated: November 5, 2019

Hon. Michael M. Anello
United States District Judge