# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MCALLISTER,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>　　　　　　　　　　　Defendants.<br>―――――――――――――――――<br>UNITED STATES OF AMERICA,<br>　　　　　　　　　　Third-Party Plaintiff,<br>v.<br>SHANGHAI HIGHWAY, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, et al.<br><br>　　　　　　　　　Third-Party Defendants. | Case No.: 3:19-cv-1490-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER THE FIRST AMENDED COMPLAINT AND THIRD-PARTY COMPLAINT**<br><br>[Doc. No. 19] |

　　The parties jointly move for an extension of time for Third-Party Defendants Belocean Shipping S.A. and "K" Line RoRo Bulk Ship Management CO., Ltd. to answer Plaintiff's First Amended Complaint and the United States' Third-Party Complaint. Doc. No. 19. Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Third-Party Defendants Belocean Shipping S.A. and "K" Line RoRo Bulk Ship Management Co., Ltd. answer or otherwise respond to Plaintiff's First Amended Complaint and the United States' Third-Party Complaint on or before **December 27, 2019**.

　　**IT IS SO ORDERED**.

Dated: November 22, 2019

　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　United States District Judge