# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY McALLISTER,<br><br>                       Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA, "K" LINE RoRo BULK SHIP MANAGEMENT CO., LTD., BELOCEAN SHIPPING, S.A., PASHA HAWAII HOLDINGS LLC, and DOES 1 through 10, Inclusive, *in personam*; SHANGHAI HIGHWAY, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*; and M/V MARJORIE C, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br><br>                       Defendants.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>                       Third-Party Plaintiff,<br><br>   vs.<br><br>SHANGHAI HIGHWAY, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, "K" LINE RoRo BULK SHIP MANAGEMENT CO., LTD., BELOCEAN SHIPPING, | Case No. 19-cv-1490-MMA (AHG)<br><br>**NOTICE OF ACTION AND ARREST OF VESSEL M/V MARJORIE C** |

| | |
|---|---|
| 1 | S.A., and UNKNOWN DEFENDANTS 1-10, *in personam*, |
| 2 | Third-Party Defendants. |
| 3 | |
| 4 | UNITED STATES OF AMERICA, |
| 5 | Third-Party Plaintiff, |
| 6 | vs. |
| 7 | M/V MARJORIE C, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, |
| 8 | |
| 9 | Third-Party Defendant. |

In obedience to a Warrant for Arrest directed to me in the captioned proceeding, the Court seizes and takes into possession the following defendant vessel, M/V MARJORIE C, its machinery, masts spares, rigging, boats, anchors, cables, chains, tackle, tools, pumps and pumping equipment, apparel, furniture, fittings and equipment, spare parts, and all other appurtenances, etc. *in rem*, for the causes set forth in the Verified Third Party Complaint filed herein and now pending in the United States District Court for this District. Plaintiff does not state a specific dollar amount of damages in his Third Amended Complaint, but based on the physical injuries alleged by plaintiff, this could be in excess of $5,000,000.00, plus accrued interest, costs, disbursements, insurance, and other expenses associated with the maintenance and custody of vessel M/V MARJORIE C.

The Court **GIVES NOTICE** that, pursuant to Rule C(6) of the Supplemental Rules for Admiralty and Maritime Claims, any person who asserts a right to possession of vessel M/V MARJORIE C or any ownership interest in vessel M/V MARJORIE C must file a verified statement of interest or right, which describes said interest or right, with the Clerk of the Court, and serve a copy thereof upon attorneys for Third Party Plaintiff United States within fourteen (14) days after the earlier of the execution of process or the completed publication of this notice; and must file an answer within twenty (21) days after filing the

statement of interest or right, and serve a copy thereof upon attorneys for Third Party Plaintiff United States; and any person who claims a maritime lien or other interest must apply to intervene in accordance with Rule 24 of the Federal Rules of Civil Procedure within thirty (30) days after completed publication of this notice; and that as to all persons or entities not so filing within the time limits set forth above, default will be taken.

SERVICE UPON THIRD PARTY PLAINTIFF'S ATTORNEYS SHALL BE MADE UPON FRANK J. ANDERS, Trial Attorney, U.S. Department of Justice Torts, Branch, Civil Division, Federal Building, P.O. Box 36028, 450 Golden Gate Avenue, Room 7-5395 San Francisco, California 94102-3463, Tel: 415-436-6630.

**IT IS SO ORDERED**.

Dated: March 20, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge