# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY McALLISTER,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, "K" LINE RoRo BULK SHIP MANAGEMENT CO., LTD., BELOCEAN SHIPPING, S.A., PASHA HAWAII HOLDINGS LLC, and DOES 1 through 10, Inclusive, *in personam*; SHANGHAI HIGHWAY, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*; and M/V MARJORIE C, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br><br>        Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>SHANGHAI HIGHWAY, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, "K" LINE RoRo BULK SHIP MANAGEMENT CO., LTD., BELOCEAN SHIPPING, | Case No. 19-cv-1490-MMA (AHG)<br><br>**ORDER FOR ABEYANCE OF ARREST**<br><br>[Doc. No. 49] |

S.A., and UNKNOWN DEFENDANTS 1-10, *in personam*,

    Third-Party Defendants.

UNITED STATES OF AMERICA,

    Third-Party Plaintiff,

vs.

M/V MARJORIE C, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,

    Third-Party Defendant.

Based upon the application of plaintiff United States of America for abeyance of execution of the Warrant of Arrest by the Marshal upon the defendant vessel M/V MARJORIE C *in rem*, the Court **ORDERS** that, in accordance with Rule E(3)(b) of the Supplemental Rules for Admiralty and Maritime Claims, execution of the Warrant of Arrest by the Marshal upon the defendant Vessel shall be held in abeyance pending further application of the United States for execution of the Warrant.

**IT IS SO ORDERED**.

Dated: March 20, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge

2

19-cv-1490-MMA (AHG)