# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ANTHONY McALLISTER,

      Plaintiff,

vs.

UNITED STATES OF AMERICA, "K" LINE RoRo BULK SHIP MANAGEMENT CO., LTD., BELOCEAN SHIPPING, S.A., PASHA HAWAII HOLDINGS LLC, and DOES 1 through 10, Inclusive, *in personam*; SHANGHAI HIGHWAY, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*; and M/V MARJORIE C, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,

      Defendants.

---

UNITED STATES OF AMERICA,

      Third-Party Plaintiff,

vs.

SHANGHAI HIGHWAY, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, "K" LINE RoRo BULK SHIP MANAGEMENT CO., LTD., BELOCEAN SHIPPING,

Case No. 19-cv-1490-MMA (AHG)

**ORDER FOR ISSUANCE OF WARRANT OF MARITIME ARREST**

S.A., and UNKNOWN DEFENDANTS 1-10, *in personam*,

        Third-Party Defendants.

---

UNITED STATES OF AMERICA,

        Third-Party Plaintiff,

vs.

M/V MARJORIE C, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,

        Third-Party Defendant.

Upon reading the verified Third Party Complaint and supporting exhibits filed therewith, and the United States of America's Application for Issuance of Warrant of Maritime Arrest and supporting Declaration, and the Court finding that the conditions for an action, *in rem*, under Supplemental Admiralty Rule C appear to exist,

**ORDERS** that the Clerk shall issue a Warrant of Maritime Arrest of the defendant vessel M/V MARJORIE C, as prayed for in the Third-party Complaint; and further

**ORDERS** that a copy of this Order be attached to and served with the said Warrant of Maritime Arrest; and further

**ORDERS** that any person claiming a right of possession or any ownership interest in the vessel M/V MARJORIE C arrested pursuant to this order shall, in accordance with Rule C(6) of the of the Supplemental Rules for Admiralty and Maritime Claims, file a verified statement of right or interest with the Clerk of the Court and an answer, and shall, upon application to the Court, be entitled to a prompt hearing at which the defendant shall be required to show why the arrest should be vacated or other relief granted; and further

**ORDERS** that maritime lienors or other persons making a claim against the Vessel in accordance with Rule C(6) of the of the Supplemental Rules for Admiralty and

Maritime Claims, must file applications for intervention within thirty (30) days after publication of the Notice of Arrest and Filing of Action.

**IT IS SO ORDERED**.

Dated: March 20, 2020

HON. MICHAEL M. ANELLO
United States District Judge