# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY McALLISTER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; "K" LINE RORO BULK SHIP MANAGEMENT CO., LTD.; BELOCEAN SHIPPING, S.A.; PASHA HAWAII HOLDINGS, LLC; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　　Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Third-Party Plaintiff,<br><br>v.<br><br>SHANGHAI HIGHWAY, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, "K" LINE RORO BULK SHIP MANAGEMENT CO., LTD., BELOCEAN SHIPPING, S.A., and UNKNOWN DEFENDANTS | Case No.: 3:19-cv-01490-MMA-AHG<br><br>In Admiralty<br><br>**ORDER:**<br><br>**(1) SETTING DEADLINE TO PROVIDE A JOINT STATUS REPORT TO THE COURT REGARDING LETTERS OF UNDERTAKING; and**<br><br>**(2) SETTING ATTORNEYS-ONLY VIDEO STATUS CONFERENCE** |

|   |   |
|---|---|
| 1 | 1-10, *in personam*, |
| 2 | Third-Party Defendants. |
| 3 | UNITED STATES OF AMERICA, |
| 4 | |
| 5 | Third-Party Plaintiff, |
| 6 | v. |
| 7 | M/V MARJORIE C, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, |
| 8 | |
| 9 | Third-Party Defendant. |

The Court held an unsuccessful Early Neutral Evaluation Conference ("ENE") in this matter on June 10, 2020. ECF No. 59. As for next steps, the Court **ORDERS** as follows:

Counsel for all parties must meet and confer regarding appropriate amounts for Letters of Undertaking for each vessel. No later than **June 24, 2020**, counsel must send a Joint Status Report to the Court via email at efile_goddard@casd.uscourts.gov as to whether an agreement has been reached on that issue.

Additionally, the Court **SETS** an attorneys-only Video Status Conference for **July 21, 2020** at **2:00 PM**. The following procedures will govern the videoconference:

1. As it did with the ENE, the Court will use its official Zoom video conferencing account to hold the Status Conference. The Court requires the attendance of the primary attorney(s) responsible for the litigation for each party. Client participation is not required.

2. Prior to the start of the conference, the Court will email the participants an invitation to join a Zoom video conference. **The Court will send the Zoom invitation to all counsel for each party who participated in the ENE.** Participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. Zoom may then prompt participants to enter

the password included in the invitation.

3. Counsel who receive the Zoom invitation may forward the invitation to other expected participants for their party (e.g., co-counsel who did not attend the ENE). However, if counsel expect other participants to join, they must inform the Court of the other expected participants via email at efile_goddard@casd.uscourts.gov no later than **July 20, 2020**.

4. As before, each participant should plan to join the Zoom video conference **at least five minutes before** the start of the Status Conference to ensure it begins promptly.

**IT IS SO ORDERED.**

Dated:  June 10, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge